UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )    NO.    13-mj-2042
    )
v.    )
    )
AVELINO CRUZ MARTINEZ    )

## MOTION TO SEAL ORIGINAL COMPLAINT

The United States of America, by and through David Rivera, Acting United States Attorney, and Lynne T. Ingram, Assistant United States Attorney, hereby moves this Court to seal the original Complaint in this case.

The government moves for the original Complaint in this matter be sealed and a redacted version of the Complaint be made available for public record.

For all of these reasons, the United States respectfully requests the original Complaint be sealed as described in the attached proposed Order.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

LYNNE T. INGRAM
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

GRANTED