IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| EXTRADITION OF: ) | JUDGE KNOWLES |
| ) | CASE NO. 3:13-mj-2042 |
| AVELINO CRUZ MARTINEZ, ) | |
| ) | |

**ORDER**

The initial filing in this case was styled "In the Matter of the Extradition of: Avelino Cruz Martinez." Docket No. 1. Subsequently, both the parties and the Court have filed or entered documents bearing the style of the case as "United States of America v. Avelino Cruz Martinez."

This case is an extradition proceeding; it is not a criminal proceeding. *See In the Matter of the Requested Extradition of Terrence Damien Kirby,* 106 F.3d 855 (9th Cir. 1997); *Sabatier v. Dabrowski,* 586 F.2d 866 (1st Cir. 1978).

Henceforth, all documents filed in this action shall bear the style "In the Matter of the Extradition of: Avelino Cruz Martinez," and not "United States of America v. Avelino Cruz Martinez."

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge