UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER: Motion granted. The hearing will be reset by separate Order.

*E. Clifton Knowles*
U.S. Magistrate Judge

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF: ) | |
| ) | |
| AVELINO CRUZ MARTINEZ ) | No. 3:13-2042 |
| ) | Judge Knowles |

## MOTION TO CONTINUE HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests a continuance in this matter to the first week in December to afford the government appropriate time to review and respond to the petitioner's pleadings.

In support of this motion, the undersigned submits that the defendant filed two documents late Friday afternoon and the government needs time to review these filings and formulate an appropriate response in advance of the hearing. The undersigned attorney also notes that she is scheduled to assist in a trial on Tuesday, November 19, 2013 that is expected to last until the following Tuesday in the Honorable Chief Judge Haynes' courtroom. Therefore, the undersigned requests a continuance to the first week of December to provide the government sufficient time to review and respond to petitioner's pleadings in advance of the extradition hearing.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Lynne T. Ingram*
LYNNE T. INGRAM
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151