UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION


IN THE MATTER OF THE          )
EXTRADITION OF:               )      Case No. 3:13-mj-2042
                              )      Magistrate Judge Knowles
AVELINO CRUZ MARTINEZ         )


                           **O R D E R**

This matter was scheduled for an Extradition hearing on November 19, 2013, at 10:30 a.m. On November 15, 2013, Mr. Martinez filed a Motion to Deny Certification for Extradition. Docket No. 53. On November 18, 2013, the Government filed a Motion to Continue the Extradition Hearing in order to review Mr. Martinez's filings. The Court granted that Motion. Docket No. 56.

Therefore, the Government's Response to Mr. Martinez's Motion to Deny Certification of Extradition is due on or before December 6, 2013. The Extradition Hearing is reset for **December 13, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge